IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
STEVE THOMASON, et al.,     )
                            )
    Plaintiffs,             )
                            )
    v.                      )    CIVIL ACTION NO.
                            )    3:79cv113-MHT
RUSSELL CORPORATION,        )        (WO)
                            )
    Defendant.              )
```

## JUDGMENT

In accordance with the joint stipulation of dismissal (Doc. No. 447), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The consent decree and supplemental consent decree are dissolved.

(2) This cause is dismissed in its entirety with prejudice, with the parties to bear their own fees and costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 15th day of October, 2008.**

                              **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**